### DOBBS v. STATE.
### No. 21038.

Court of Criminal Appeals of Texas.

April 10, 1940.

E. J. Conn, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

#### BEAUCHAMP, Judge.

The conviction is for assault with intent to murder; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The evidence heard before the trial court is not brought forward for review. No complaints of the procedure have been presented by bills of exception.

The judgment is affirmed.